[No. 25813-7-II.   Division Two.   August 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LOUIS MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02922-6, Stephanie A. Arend, J., entered March 7, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 25847-1-II.   Division Two.   August 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY MIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03389-8, D. Gary Steiner, J., entered March 28, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 26229-1-II.   Division Two.   August 17, 2001.]

CARRENE M. WOOD, *Respondent*, v. JACK C. FOSTER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-2-00024-2, H. John Hall, J., entered June 30, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Houghton, J.